IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

      Plaintiff,                      No. CIV S-10-1051 JAM DAD P

  vs.

M.D. McDONALD et al.,

      Defendants.            ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 302 and 28 U.S.C. § 636(b)(1).

       Under Rule 11 of the Federal Rules of Civil Procedure, plaintiff must sign "[e]very pleading, written motion and other paper" submitted to the court. Here, plaintiff has not signed his complaint. In the interest of justice, the court will direct the Clerk of the Court to send plaintiff a copy of his complaint. If plaintiff wishes to proceed in this action, he will be required to sign his complaint and return it to the court within fourteen days of the date of service of this order.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send plaintiff a copy of his complaint; and

3  2. Within fourteen days from the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court, together with his signed complaint. Plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

DATED: July 13, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lal1051.sign

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

      Plaintiff,                    No. CIV S-10-1051 JAM DAD P

     vs.

M.D. McDONALD et al.,          NOTICE OF SUBMISSION

      Defendants.          OF DOCUMENTS

_____/

      Plaintiff hereby submits the following document in compliance with the court's order filed _____:

      ____ a signed civil rights complaint

DATED: _____.

                                                         _____

                                                          Plaintiff