UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZHAR LAL, | No. 2:10-cv-1051 JAM DAD P |
| Plaintiff, | |
| v. | ORDER |
| M.D. McDONALD et al., | |
| Defendants. | |

Plaintiff has requested a second extension of time to file objections to the findings and recommendations issued by this court on January 27, 2014, in which the undersigned recommended that plaintiff's second amended complaint be dismissed for failure to state a claim. Good cause appearing, the court will grant plaintiff a final fourteen-day extension of time to file his objections.

As the court previously advised plaintiff, the purpose of filing objections to a magistrate judge's findings and recommendations is merely to identify the portions of the findings and recommendations to which objection is made and the basis of the objection. The assigned district judge will conduct a de novo review of all portions of the findings and recommendations to which objections are made.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. No. 32) is granted;

2. Plaintiff is granted fourteen days from the date of service of this order to file his objections to the January 27, 2014 findings and recommendations. No further extensions of time will be granted for this purpose; and

3. The Clerk of the Court is directed to send plaintiff a courtesy copy of the court's January 27, 2014 findings and recommendations.

Dated: March 5, 2014

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lal1051.36obj(2)

2